UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

MARCUS TROTTER,

    PLAINTIFF,

v.

NELNET SERVICING, LLC, *ET AL.*,

    DEFENDANT(S).

Case No.:

18-cv-00442-JB-MU

## NOTICE OF SETTLEMENT

Plaintiff Marcus Trotter ("Plaintiff") hereby notifies the court that Plaintiff and Defendant Nelnet Servicing, LLC have reached a settlement in principal and are in the process of consummating the terms of the settlement agreement. Plaintiff expects to file a dismissal with prejudice for the above-named defendant on or before August 30, 2019.

Respectfully submitted,

*/s/ Micah S. Adkins*
Micah S. Adkins
S.D. Ala. Bar No. adkim8639
**THE ADKINS FIRM, P.C.**
1025 Westhaven Blvd., Suite 220
Franklin, Tennessee 37064
T: (615) 370.9659
F: (205) 208-9632
E: MicahAdkins@ItsYourCreditReport.com
*Counsel for Plaintiff Marcus Trotter*

1

## CERTIFICATE OF SERVICE

I hereby certify that on July 30, 2019, I filed the foregoing paper using the CMECF System, which will electronically serve notification of same on the following counsel of record:

William J. Gamble, Jr.
PHELPS DUNBAR LLP
101 Dauphin Street, Suite 1000
Mobile, Alabama 36602
Post Office Box 2727
Mobile, Alabama 36652-2727

*/s/ Micah S. Adkins*
Micah S. Adkins